```
          UNITED STATES DISTRICT COURT
          MIDDLE DISTRICT OF TENNESSEE
               NASHVILLE DIVISION

BRITTANY BARNES,               )
                               )
          Plaintiff            )
                               )  No. 3:09-0764
v.                             )  Judge Nixon/Brown
                               )  Jury Demand
CUS NASHVILLE, LLC             )
d/b/a COYOTE UGLY SALOON,      )
                               )
          Defendant            )
```

**O R D E R**

A telephone conference with Magistrate Judge Brown to discuss discovery dispute is set for **May 25, 2010, at 3:00 p.m.  To participate in the conference call, parties shall call 615-695-2851 at 3:00 p.m.**

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge