IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRITTANY BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:09-cv-00764 |
| v. | ) Judge Nixon/Brown |
| | ) |
| CUS NASHVILLE, LLC | ) **Jury Demand** |
| d/b/a COYOTE UGLY SALOON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Presently pending before the Magistrate Judge is Defendant's Motion to Compel Discovery (Docket Entry 76), to which Plaintiff has filed a Response. (Docket Entry 80). For the reasons set forth below, Defendant's Motion is **GRANTED** and Defendant may review the photographs in the Court's possession for relevance.

In its Motion, Defendant has apparently limited its request to those photographs produced to the Court. Because Fed. R. Civ. P. 26 provides for liberal discovery, and Plaintiff would not be burdened by Defendant's examination of materials in the Court's possession, the Magistrate Judge believes Defendant's Motion should be granted. The Magistrate Judge offers no opinion on the admissibility of any of the photographs as evidence, as admissibility questions are best answered by a motion in limine directed to the trial judge or by an objection raised at trial.

Defendant may contact the Magistrate Judge's Courtroom Deputy, Monte Klassen, at 615-736-2119 to inspect the photographs in the Court's possession. Defendant may not copy,

1

print, or otherwise disseminate the photographs absent an admissibility ruling by the trial judge.

It is so **ORDERED**.

Entered this 29 day of July, 2010.

_____
JOE B. BROWN
United States Magistrate Judge