IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRITTANY BARNES )
) No. 3-09-0764
v. )
)
C.U.S. NASHVILLE, LLC d/b/a Coyote )
Ugly Saloon )

O R D E R

Upon request of counsel, the settlement conference, scheduled by order entered August 19, 2010 (Docket Entry No. 141), on November 9, 2010, is RESCHEDULED to **Wednesday, November 17, 2010, at 9:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee.

In all other respects, the August 19, 2010, order remains in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge