IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRITTANY BARNES )
 ) No. 3-09-0764
v. )
 )
C.U.S. NASHVILLE, LLC d/b/a Coyote )
Ugly Saloon )

O R D E R

By order entered August 18, 2010 (Docket Entry No. 140), this case was referred to the undersigned Magistrate Judge to conduct a settlement conference. By order entered August 19, 2010 (Docket Entry No. 141), a settlement conference was scheduled on November 9, 2010, and, upon the parties' request and by order entered August 30, 2010 (Docket Entry No. 142), rescheduled and held on November 17, 2010, at the conclusion of which the parties were not able to reach a settlement.

The Clerk is directed to forward the file in this case to Magistrate Judge Brown. Counsel intend to schedule a telephone conference call with Judge Brown early in the week of November 22, 2010, to address rescheduling the trial.

Unless otherwise directed or referred by the Court, there will be no further proceedings before the undersigned Magistrate Judge in this case.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　
JULIET GRIFFIN
United States Magistrate Judge