IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| BRITTANY BARNES, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:09cv-764 |
| | ) JURY DEMAND |
| CUS NASHVILLE, LLC d/b/a COYOTE UGLY SALOON, | ) |
| Defendant. | ) |

## AGREED ORDER ON MOTIONS IN LIMINE

As evidence by the signature of counsel hereto, the parties have stipulated and agreed to a number of evidentiary issues raised by Motions prior to trial. Specifically, the parties have agreed that the following Motions in Limine should be granted:

| DOCUMENT NUMBER | DESCRIPTION |
| --- | --- |
| 103 | Defendant's Motion in Limine No. 6 Limiting Evidence of Defendant's Medical Training. |
| 105 | Defendant's Motion in Limine No. 8 to Bifurcate Punitive Damage Award. |
| 112 | Defendant's Motion in Limine No. 12 to Limit the Testimony of Bobby Cook. |
| 88 | Plaintiff's General Motions in Limine to Include Paragraphs No. 2, 4, 5 and 9. The remaining General Motions in Limine should be reserved for trial. |

It is therefore ORDERED and ADJUDICATED that the above mentioned Motions in Limine shall be GRANTED and the evidence at trial limited accordingly.

ENTERED this the 20th day of December, 20___.

_____
JUDGE JOHN T. NIXON

**APPROVED FOR ENTRY:**


s/ Steven J. Meisner
**STEVEN J. MEISNER**
Registration No. 23777
Attorney for Defendant

**BREWER KRAUSE BROOKS CHASTAIN & BURROW, PLLC**
611 Commerce Street, Suite 2600
P.O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787


**WITH APPROVAL:**


s/ John R. Shelton
**JOHN R. SHELTON**
Registration No. 23777
Attorney for Plaintiff

**SALES, TILLMAN, WALLBAUM, CATLETT & SATTERLEY**
1900 Waterfront Place
325 W. Main Street
Louisville, KY 40202
(502) 589-5600