IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRITTANY BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:09-0764 |
| v. | ) Judge Nixon |
| | ) Jury Demand |
| CUS NASHVILLE, LLC, | ) |
| d/b/a COYOTE UGLY SALOON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is the parties' Joint Motion for Hearing on several motions in limine and responses in opposition that have been filed in this case ("Joint Motion") (Doc. No. 145). In reviewing the Joint Motion, it has come to the Court's attention that no responses have been filed to four of Defendant's motions in limine: No. 7 (Doc. No. 104), No. 9 (Doc. No. 106), No. 10 (Doc. No. 107), and No. 11 (Doc. No. 108). Should Plaintiff have any objection to the latter four motions in limine, the Court **ORDERS** Plaintiff to file responsive briefs within ten (10) days of the entry of this Order to aid the Court in assessing the Joint Motion. If no responses are filed, the Court will infer that Plaintiff makes no objection to these four motions in limine.

It is so ORDERED.

Entered this the 23rd day of December, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT