UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

Brittany Barnes,               )
                               )
    Plaintiff,                 )
                               )
    v.                         )    NO. 3:09-0764
                               )    Judge Nixon/Brown
C.U.S. Nashville, LLC d/b/a    )
Coyote Ugly Saloon             )
    Defendant.                 )

## O R D E R

As all deadlines have passed and the mediation before Magistrate Judge Griffin on November 17, 2010 was unsuccessful, the Magistrate Judge certifies this matter as ready for trial, which is presently set for **May 3, 2011, at 9:00 a.m.** with a final pretrial conference before Judge Nixon on **April 22, 2011 at 10:00 a.m.**

Inasmuch as there appear to be no further proceedings to be conducted before the Magistrate Judge, the Clerk is **directed** to terminate the referral and transmit this file to Senior Judge Nixon.

It is so **ORDERED**.

_____
JOE B. BROWN
United States Magistrate Judge