IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRITTANY BARNES, | ) |
| Plaintiff, | ) |
| | ) No. 3:09-cv-0764 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Brown |
| CUS NASHVILLE, LLC, | ) |
| d/b/a COYOTE UGLY SALOON, | ) Jury Demand |
| Defendant. | ) |

## ORDER

A final pretrial conference in this case is presently set for Friday, April 22, at 10:00 a.m. The Court cancels the conference and **RESCHEDULES** it for Monday, April 25, at 10:00 a.m. The parties will be heard on the outstanding motions in limine, but objections to deposition testimony will be reserved for trial.

It is so ORDERED.

Entered this the 19 day of April, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT