UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| BRITTANY BARNES )<br>)<br>Plaintiff, )<br>)<br>) CASE NO. 3:09-CV-764<br>v. ) JURY DEMAND<br>)<br>)<br>C.U.S. NASHVILLE, LLC )<br>d/b/a COYOTE UGLY SALOON )<br>)<br>Defendant. ) | |

## AGREED ORDER OF DISMISSAL

COME Plaintiff Brittany Barnes and Defendant C.U.S. Nashville, LLC d/b/a Coyote Ugly Saloon ("CUS"), by counsel, and advise the Court that the parties have reached an agreement concerning the claims of the Plaintiff against Defendant, CUS, and the Court having fully considered the same;

IT IS HEREBY ORDERED AND ADJUSGED that all of Plaintiff's claims against CUS are hereby dismissed with prejudice and stricken from the Court's docket.

AGREED TO BY:

/s/ John R. Shelton
John R. Shelton   BPRN #013949
SALES TILLMAN WALLBAUM
CATLETT & SATTERLEY, PLLC
1900 Waterfront Plaza
325 W. Main Street
Louisville, KY 40202

Phone: (502) 589-5600
Fax: (502) 814-5500
rshelton@stwlaw.com
*Counsel for Plaintiff Brittany Barnes*



/s/ Steven J. Meisner (with permission)
Steven J. Meisner BPRN# 23777
611 Commerce Street, Suite 2600
P.O. Box 23890
Nashville, TN 37202-3890
Phone: (615) 256-8787
smeisner@bkblaw.com
*Counsel for Defendant C.U.S. Nashville
d/b/a Coyote Ugly Saloon*

So ordered.